AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOHN FALKENHAGEN JR. <br><br> *Plaintiff(s)* <br> v. <br> VALERIA MCGOUGH and BRICKELL BROKERS LLC d/b/a BRICKELL BROKERS R.E. <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-20121-BB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VALERIA MCGOUGH
1861 NW South River Dr, # 1905
Miami, FL 3312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel DeSouza, Esq.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 9, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JOHN FALKENHAGEN JR. | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-20121-BB |
| VALERIA MCGOUGH and BRICKELL BROKERS LLC d/b/a BRICKELL BROKERS R.E. | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRICKELL BROKERS LLC d/b/a BRICKELL BROKERS R.E. c/o Rivero Law, LLC
19505 Biscayne Blvd Suite 2350
Aventura, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel DeSouza, Esq.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Jan 9, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts