UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20121-BLOOM/Elfenbein

JOHN FALKENHAGEN, JR.,

    Plaintiff,

v.

VALERIA MCGOUGH, and
BRICKELL BROKERS LLC,

    Defendants.
_____/

## ORDER ON MOTION TO WITHDRAW

**THIS CAUSE** is before the Court upon the Motion to Withdraw filed by the law firm of Rivero Law, LLC, and Poliana Rivero, Esq. ("Rivero"). ECF No. [14]. As a corporation, Defendant Brickell Brokers, LLC ("Defendant"), is an artificial entity that is not permitted to appear *pro se*; therefore, it must be represented by licensed counsel at all times. *See e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Rivero is relieved of further responsibility as to Defendant Brickell Brokers, LLC.

2. Rivero shall, no later than **February 26, 2025**, serve Defendant with a copy of this Order and file notice of service with the Court.

3. All pending events and deadlines in this case shall be stayed for 21 days.

4. No later than **March 12, 2025,** Defendant Brickell Brokers, LLC, shall retain counsel permitted to practice before the Court and notify the Court of such retention. Failure by Defendant to comply will result in default judgment.

Case No. 25-cv-20121-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida on February 19, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:	Counsel of Record

Brickell Brokers, LLC
19505 Biscayne Blvd
Suite 2350
Aventura, Florida 33180