

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN FALKENHAGEN J.R.,            CASE NO. 1:25-cv-20121
    *Plaintiff,*

v.

VALERIA MC GOUGH and
BRICKELL BROKERS LLC
    *Defendants.*
_____/

## DEFENDANT, VALERIA MC GOUGH, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant, VALERIA MC GOUGH ("MC GOUGH"), and hereby files her Answer to Plaintiff's Complaint, and in support states as follows:

### THE PARTIES

1.     MC GOUGH lacks sufficient knowledge or information to answer paragraph 1.

2.     MC GOUGH admits paragraph 2.

3.     MC GOUGH admits paragraph 3.

### JURISDICTION AND VENUE

4.     MC GOUGH admits paragraph 4.

5.     MC GOUGH admits paragraph 5.

6.     MC GOUGH admits paragraph 6.

### FACTS

**I.**     **Plaintiff's Business and History.**

7.     MC GOUGH lacks sufficient knowledge or information to answer paragraph 7.

8.     MC GOUGH lacks sufficient knowledge or information to answer paragraph 8.

1

| | |
|---|---|
| **II.** | **The Work at Issue in this Lawsuit.** |
| 9. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 9. |
| 10. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 10. |
| 11. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 11. |
| **III.** | **Defendant's Unlawful Activities.** |
| 12. | MC GOUGH admits paragraph 12. |
| 13. | MC GOUGH admits paragraph 13. |
| 14. | MC GOUGH admits paragraph 14. |
| 15. | MC GOUGH admits in part and denies in part paragraph 15. MC GOUGH is an independent contractor associated with Brickell Brokers LLC ("Brickell Brokers"); however, no employment relationship exists between them. |
| 16. | MC GOUGH admits paragraph 16. |
| 17. | MC GOUGH admits paragraph 17 only to the extent that Brickell Brokers is the listing broker for her listings; nevertheless, denies the commission of violations of Plaintiff's claimed Copyrights. |
| 18. | MC GOUGH admits paragraph 18 as to the real property located at 11365 Southwest Visconti Way, Port Saint Lucie, FL 34986 ("Property"), being listed for rent on or about March 25, 2024; however, MC GOUGH lacks enough knowledge or information to answer as to the Plaintiff's registration of the asserted work with the Copyright Office. |
| 19. | MC GOUGH admits paragraph 19. |
| 20. | MC GOUGH denies paragraph 20. The set of photographs were previously published by Coldwell Banker Realty ("Coldwell Banker") on the MLS Listing #R10851139 and MC |

|     |     |
| --- | --- |
|     | GOUGH understands that such set of photographs where commissioned and paid by the owner of the Property. |
| 21. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 21. |
| 22. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 22. |
| 23. | MC GOUGH denies paragraph 23. |
| 24. | MC GOUGH denies paragraph 24. |
| 25. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 25. |
| 26. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 26. |

## COUNT I – COPYWRIGHT INFRINGEMENT
### (All Defendants)

| | |
| --- | --- |
| 27. | MC GOUGH realleges responses 1 through 26 as fully set forth herein. |
| 28. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 28. |
| 29. | MC GOUGH lacks sufficient knowledge or information to answer paragraph 29. |
| 30. | MC GOUGH denies paragraph 30. Coldwell Banker facilitated the alleged protected photograph as one comprising the set of the photos taken by the photographer hired and paid by the owner of the Property. |
| 31. | MC GOUGH denies paragraph 31. |
| 32. | MC GOUGH denies paragraph 32. |
| 33. | MC GOUGH denies paragraph 33. Coldwell Banker facilitated the alleged protected photograph as one of the photos taken by the photographer hired and paid by the owner of the Property; therefore, the alleged use of the photograph, if any, was neither in any way willful nor reckless. |
| 34. | MC GOUGH denies paragraph 34. |
| 35. | MC GOUGH denies paragraph 35. |

36. MC GOUGH denies paragraph 36.

37. MC GOUGH denies paragraph 37.

38. MC GOUGH denies paragraph 38.

## COUNT II – VISCARIOUS COPYRIGHT INFRINGMENT
### (Brickell Brokers Only)

39-45. Not applicable to MC GOUGH.

## GENERAL AND AFFIRMATIVE DEFENSES

By way of further answer and by way of general and affirmative defense, MC GOUGH alleges, and states as follows:

1. Plaintiff's claims are barred to the extent that Plaintiff lacks standing as Plaintiff may have assigned and or/waived any rights he may have had to the alleged copyrighted photograph. The alleged photograph was obtained from Coldwell Banker Realty, as the previous Broker of the Property's owner who was in possession of the photographs paid for by the owner of the Property.

2. Plaintiff's claims are barred by the doctrine of 'unclean hands' as the Plaintiff has acted improperly by not securing his work and asserting his rights against others, and therefore, leading the public to believe that the claimed copyrighted photograph is for free use.

3. The alleged copyrighted photograph shows a group of chairs that would not be at all relevant in a property listing; therefore, the use of the photograph, if any, was trivial and thus not actionable, and as per the *de minimis* doctrine legal consequences should not be imposed.

4. Plaintiff's claims are barred as Plaintiff's lacks standing to demonstrate he suffered damages from MC GOUGH's actions. Plaintiff's claimed work lacks demonstrable commercial valuable as to the extent that Plaintiff's photograph does not seem to require

the use of complex techniques or that Plaintiff had to spend extraordinary recourses to take the photograph; MC GOUGH did not have knowledge of the alleged infringement actions so no willful conduct can be attributed to MC GOUGH; and, MC GOUGH did not have any commercial or monetary benefit from the alleged actions. Therefore, Plaintiff request for statutory or actual damages should be denied.

5. Plaintiff's claims are or may be barred in whole or in part to the extent that he may not own validly registered copyrights for the photograph at issue if he failed to comply with statutory or regulatory formalities, abandoned or waived rights, among other reasons, or the registration covering the photograph is invalid or unenforceable as the subject work may not qualify for protection.

6. MC GOUGH reserves the right to amend, supplement and/or asserts additional affirmative defenses available as may be revealed through discovery and disclosure in this case.

WHEREFORE, for the foregoing reasons, Defendant, MC GOUGH, respectfully prays that judgment be entered in her favor, dismissing the case with prejudice and denying all of the relief requested by Plaintiff, and granting such further relief as the Court deems proper under the circumstances.

Dated this 24 day of March 2025.

Respectfully submitted,

_____
Valeria Mc. Gough
1861 NW South River Dr. #1905
Miami, FL 33125
Phone: 305-302-8815
valeriamcgough@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant, Valeria Mc Gough, Answer and Affirmative Defenses to Plaintiff's Complaint, was filed with the Clerk, and served this day on all counsel and parties of record on the below Service List via regular mail.

_____
Valeria Mc. Gough

**SERVICE LIST**
**Daniel DeSouza**
DeSouza Law, PA
3111 N. University Drive
Ste 301
Coral Springs, FL 33065
954-603-1340
ddesouza@desouzalaw.com
Attorney for Plaintiff