UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20121-BLOOM/Elfenbein

JOHN FALKENHAGEN, JR.,

    Plaintiff,

v.

VALERIA MCGOUGH, and
BRICKELL BROKERS LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL AS TO VALERIA MCGOUGH WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Dismissal with Prejudice as to Defendant Valeria McGough, ECF No. [34] ("Notice"), filed on August 13, 2025. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [34]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Valeria McGough;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED** as to Valeria McGough.

Case No. 25-cv-20121-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 13, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record

2